# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13372
_____

MAHA JASTRAM,

  individually and on behalf of all others similarly situated,

*Plaintiff,*

CITY OF HOLLYWOOD POLLICE OFFICERS RETIREMENT
SYSTEM AND THE

PEMBROKE PINES FIREFIGHTERS AND POLICE OFFICERS
PENSION FUND,

  Lead-Plaintiff,
  a.k.a. Retirement Funds,

*Plaintiff-Appellant,*

*versus*

NEXTERA ENERGY, INC.,

JAMES ROBO,

ERIC SILAGY,

DAVID P. REUTER,

FLORIDA POWER & LIGHT COMPANY,

*Defendants-Appellees.*

2                                                                    24-13372

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cv-80833-AMC

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: November 26, 2025

For the Court: DAVID J. SMITH, Clerk of Court