**No. 24-13372**

# In the United States Court of Appeals for the Eleventh Circuit

---

CITY OF HOLLYWOOD POLICE OFFICERS RETIREMENT SYSTEM; PEMBROKE PINES FIREFIGHTERS AND POLICE OFFICERS PENSION FUND, PLAINTIFFS-APPELLANTS

*v.*

NEXTERA ENERGY, INC.; FLORIDA POWER & LIGHT COMPANY; JAMES ROBO; ERIC SILAGY; DAVID P. REUTER, DEFENDANTS-APPELLEES

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA (CIV. NO. 23-80833) (THE HONORABLE AILEEN M. CANNON, J.)*

---

**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC**

---

DANIEL J. KRAMER
AUDRA J. SOLOWAY
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
 *1285 Avenue of the Americas*
 *New York, NY 10019*

KANNON K. SHANMUGAM
WILLIAM T. MARKS
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
 *2001 K Street, N.W.*
 *Washington, DC 20006*
 *(202) 223-7300*
 *kshanmugam@paulweiss.com*

ANNA M. STAPLETON
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
 *535 Mission Street, 24th Floor*
 *San Francisco, CA 94105*

*City of Hollywood Police Officers Retirement Syst*
v. *NextEra Energy, Inc., et al.,* No. 24-13372

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1, defendants-appellees provide the following list of interested persons:

- AEGIS Insurance Services, Inc., *insurer for defendant-appellee NextEra Energy, Inc.*

- Block & Leviton, LLP, *counsel for plaintiffs-appellants*

- Cannon, Aileen M., *United States District Judge*

- City of Hollywood Police Officers Retirement System, *plaintiff-appellant*

- Edelsberg Law, PA, *counsel for plaintiffs-appellants*

- Florida Power & Light Company, *defendant-appellee and wholly owned subsidiary of defendant-appellee NextEra Energy, Inc.*

- Friedman, David P., *counsel for defendants-appellees*

- Hill, Joshua, *counsel for defendants-appellees*

- Klausner Kaufman Jensen & Levinson, *counsel for plaintiffs-appellants*

- Kramer, Daniel J., *counsel for defendants-appellees*

- Madden, Kevin P., *counsel for defendants-appellees*

- Marks, William T., *counsel for defendants-appellees*

- Matthewman, William, *United States Magistrate Judge*

- NextEra Energy, Inc. (NYSE: NEE), *defendant-appellee*

- Paul, Weiss, Rifkind, Wharton & Garrison LLP, *counsel for defendants-appellees*

- Pembroke Pines Firefighters and Police Officers Pension Fund, *plaintiff-appellant*

- Reuter, David P., *defendant-appellee*

- Robo, James, *defendant-appellee*

- Silagy, Eric, *defendant-appellee*

- Shanmugam, Kannon K., *counsel for defendants-appellees*

- Soloway, Audra J., *counsel for defendants-appellees*

- Stapleton, Anna M., *counsel for defendants-appellees*

Defendant-appellee NextEra Energy, Inc., has no parent corporation, and no publicly held company owns 10% or more of its stock.

Defendant-appellee Florida Power & Light Company is a wholly owned subsidiary of NextEra Energy, Inc.

Appellees respectfully move for a 21-day extension, to and including January 7, 2026, of the time to file a petition for panel rehearing or rehearing en banc. Appellants have informed appellees that they consent to the motion.

1. The Court issued its opinion in this appeal on November 26, 2025. Under Eleventh Circuit Local Rule 35-2, the current deadline for appellees to file any petition for panel rehearing or rehearing en banc would be December 17, 2025.

2. Reasonable justifications exist for appellees' request for an extension of time. Counsel for appellees has several other briefs and obligations due during, or shortly after, the relevant time period, including:

- Oral argument in *Gruden* v. *National Football League*, No. A-21-844043-B (Nev. Dist. Ct.), on December 4.

- A brief for appellees in *In re National Football League Players Concussion Injury Litigation*, No. 25-2271 (3d Cir.), on December 8.

- A reply brief in support of a petition for a writ of certiorari in *Audi AG* v. *L.W.*, No. 25-349 (S. Ct.), on December 10.

- Oral argument in *Zafirov* v. *Florida Medical Associates, LLC*, Nos. 24-13581 & 24-13583 (11th Cir.), on December 12.

(1)

- A petition for rehearing in *Custodia Bank* v. *Federal Reserve Board of Governors*, No. 24-8024 (10th Cir.), on December 15.

- A reply brief in *Motovich* v. *United States*, No. 25-2986 (2d Cir.), on December 15.

- A reply brief in support of a petition for certiorari in *Moses* v. *United States*, No. 25-399 (S. Ct.), on December 23.

- A petition for a writ of certiorari in *Day* v. *Henry* (S. Ct.), on December 30.

- A petition for a writ of certiorari in *New York Football Giants, Inc.* v. *Flores* (S. Ct.), on January 2, 2026.

3. Additionally, the period in which to file a rehearing petition included the Thanksgiving holiday, and a shorter extension would overlap substantially with the upcoming religious holidays.

4. Counsel for appellees has conferred with counsel for appellants, who has represented that appellants consent to this request.

5. This is the first request for an extension of time by appellees with respect to a petition for panel rehearing or rehearing en banc. Appellees, with the consent of appellants, previously requested and received a 60-day extension of time in which to file its responsive brief on appeal. This request

is made in good faith and not for purposes of delay. No party will be prejudiced if it is granted.

                                              Respectfully submitted,

                                              /s/ Kannon K. Shanmugam
                                              KANNON K. SHANMUGAM
                                              PAUL, WEISS, RIFKIND,
                                                WHARTON & GARRISON LLP
                                                *2001 K Street, N.W*
                                                *Washington, DC 20006*
                                                *(202) 223-7300*
                                                *kshanmugam@paulweiss.com*

DECEMBER 2, 2025

3

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Kannon K. Shanmugam, a member of the Bar of this Court and counsel for appellees, hereby certify, pursuant to Federal Rule of Appellate Procedure 27(d), that the attached Motion for Extension of Time to File Petition for Panel Rehearing or Rehearing En Banc is proportionately spaced, has a typeface of 14 points or more, and contains 399 words.

DECEMBER 2, 2025　　　　　　　　　　　/s/ Kannon K. Shanmugam
　　　　　　　　　　　　　　　　　　　KANNON K. SHANMUGAM